IN RE:            FILED       CASE NO. 07-52575-S

AHERN, MICHAEL W.     2010 JUN 24 PM 2: 23     CHAPTER 7
AHERN, MARY ELLEN
        Debtors             REPORT OF DIVIDEND
                                                    <u>UNDER FIVE DOLLARS</u>

     Harold A. Corzin, Trustee herein, reports that check #120 in the amount of $4.08 was issued on June 11, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditors:

                                                                    Amt. of Dividend

Claim #2     MEDINA GENERAL HOSPITAL           $    .86
             PO BOX 75616
             CLEVELAND, OH 44101

Claim #3     OHIO DEPT OF JOB & FAMILY SERVICES   $    3.22
             LITIGATION UNIT
             PO BOX 182404
             COLUMBUS, OH   43218-2404

TOTAL:                                                           $    4.08

                                             _____
                                             HAROLD A. CORZIN, TRUSTEE
                                             304 N. Cleveland-Massillon Rd.
                                             Akron, Ohio 44333
                                             (330) 670-0770

June 15, 2010

*[Handwritten annotations: ck # 120, receipt # 81567]*